IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE,<br>  Plaintiffs,<br>v.<br>ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC, AEJ TRUST 2018<br>  Defendants.<br><br>DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG,<br>  Intervenors | ADV. PROC. NO. 22 - _____ |

## NOTICE OF REMOVAL

Defendant Free Speech Systems, LLC ("FSS"), pursuant to 28 U.S.C. §§ 1334 and 1452, Federal Rule of Bankruptcy Procedure 9027, and Local Rule of Bankruptcy Procedure 9027(b)(1), hereby files this Notice of Removal of Cause No. D-1-GN-22-001610, from the 250th District Court of Travis County, Texas (the "State Court"), where this action was commenced, to this Court. As grounds for such removal, FSS states as follows:

1

1. On or about April 6, 2022, Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, Marcel Fontaine original petition in the State Court, thus initiating the "State Court Lawsuit." The State Court Lawsuit names FSS as a defendant.

2. On July 29, 2022 (the "Petition Date"), FSS filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, pending as Case No. 22–60043 (the "Bankruptcy Case").

3. FSS timely files this Notice of Removal within 90 days of the Petition Date pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(2).

4. The United States District Court for the Western District of Texas has original jurisdiction over this action pursuant to 28 U.S.C. §1334(b) as the State Court Lawsuit is "related to" the Bankruptcy Case. Additionally, there the diversity jurisdiction under 28 U.S. Code § 1332.

5. Removal to this Bankruptcy Court is proper pursuant to 28 U.S.C. § 1452, Federal Rule of Bankruptcy Procedure 9027, and the Order of Reference of Bankruptcy Cases and Proceedings of the U.S. District Court for the Western District of Texas (the "Order of Reference"). The State Court Lawsuit was filed in Travis County, Texas. The U.S. District Court for the Western District of Texas, Austin Division, is the United States district and division embracing that county. The Order of Reference provides that "[a]ll bankruptcy cases and proceedings filed under Title 11 of the United States Code or arising from or related to any case or proceeding filed under Title 11, shall be automatically referred to the bankruptcy judges of this district" subject to exceptions that do not apply here.

6. FSS consents to entry of final orders or judgment by the bankruptcy court.

Respectfully submitted October 27, 2022.

          **FREE SPEECH SYSTEMS, LLC**

          */s/ Ray Battaglia*
          Law Office of Raymond W. Battaglia
          Raymond W. Battaglia
          State Bar No. 01918055
          rbattaglialaw@outlook.com
          66 Granburg Circle
          San Antonio, Texas 78218

          **COUNSEL TO FREE SPEECH SYSTEMS, LLC, DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by U.S.P.S. first class mail on all parties indicated in the attached service list within 24 hours of the filing, and (c) the following parties by email on the date of filing:

Attn: Avi Moshenberg
McDowell Heterhington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002

Ryan E. Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701

Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401

Randy W. Williams
Byman & Associates PLLC
7924 Broadway, Suite 104
Pearland, TX 77581

c/o Stephen Lemmon
1801 S. Mopac Expressway
Suite 320
Austin, TX 78746

Stephen A. Roberts
Stephen A. Roberts, PC
1400 Marshall Ln.
Austin, Texas 78703

          */s/ Raymond W. Battaglia*