**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 01, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NEIL HESLIN, *ET AL.*, | § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | ADVERSARY NO. 22-06017-MMP |
| ALEX E. JONES, *ET AL.*, | § § § | |
| DEFENDANTS. | § | |

**ORDER TO APPEAR AND SHOW CAUSE**

The Court reviewed the docket sheet in the above-referenced adversary proceeding and determined that it will be necessary to conduct a show-cause hearing to determine whether venue should be transferred to another district. It is, therefore,

**ORDERED** that Defendant Free Speech Systems, LLC, or Defendant Free Speech Systems, LLC's attorney appear before this Court on **November 29, 2022, at 1:30 P.M.**, in the United

States Bankruptcy Court for the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and show cause as to why venue should not be transferred to another district.

Pursuant to this Court's *Amended Order Regarding Court Operations in Response to the COVID-19 Pandemic in the United States Bankruptcy Court, Western District of Texas* entered on November 2, 2021, all parties may appear in person or by Webex. For those parties appearing by Webex, the hearing can be accessed at **https://us-courts.webex.com/meet/Parker**.

# # #