**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: November 01, 2022.

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NEIL HESLIN, *ET AL.*, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | ADVERSARY NO. 22-06017-MMP |
| ALEX E. JONES, *ET AL.*, | § § § | |
| Defendants. | § | |

### ORDER TO APPEAR AND SHOW CAUSE

The Court reviewed the docket sheet in the above-referenced adversary proceeding and determined that it will be necessary to conduct a show-cause hearing to determine whether venue should be transferred to another district. It is, therefore,

**ORDERED** that Defendant Free Speech Systems, LLC, or Defendant Free Speech Systems, LLC's attorney appear before this Court on **November 29, 2022, at 1:30 P.M.**, in the United

States Bankruptcy Court for the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and show cause as to why venue should not be transferred to another district.

Pursuant to this Court's *Amended Order Regarding Court Operations in Response to the COVID-19 Pandemic in the United States Bankruptcy Court, Western District of Texas* entered on November 2, 2021, all parties may appear in person or by Webex. For those parties appearing by Webex, the hearing can be accessed at **https://us-courts.webex.com/meet/Parker**.

# # #

United States Bankruptcy Court

Western District of Texas

Heslin,
    Plaintiff

Jones,
    Defendant

Adv. Proc. No. 22-06017-mmp

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 01, 2022 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street,, Suite 2850 Austin, TX 78701-4653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Nov 01 2022 22:26:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com ana.sanchez@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com ana.sanchez@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com ana.sanchez@mhllp.com |

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 01, 2022 | Form ID: pdfintp | Total Noticed: 2 |

Avi Moshenberg
    on behalf of Plaintiff Marcel Fontaine avi.moshenberg@mhllp.com ana.sanchez@mhllp.com

Avi Moshenberg
    on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com ana.sanchez@mhllp.com

Federico Andino Reynal
    on behalf of Defendant Free Speech Systems  LLC areynal@frlaw.com

Federico Andino Reynal
    on behalf of Defendant Alex E. Jones areynal@frlaw.com

Federico Andino Reynal
    on behalf of Defendant AEJ HOLDINGS  LLC areynal@frlaw.com

Federico Andino Reynal
    on behalf of Defendant AEJ TRUST 2018 areynal@frlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Marcel Fontaine jarrod.martin@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Jarrod B. Martin
    on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com lara.coleman@chamberlainlaw.com

Raymond W. Battaglia
    on behalf of Defendant Free Speech Systems  LLC rbattaglialaw@outlook.com

Ryan Eric Chapple
    on behalf of Plaintiff DAVID WHEELER rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff IAN HOCKLEY rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff ROBERT PARKER rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff JILLIAN SOTO rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff CARLOS M. SOTO rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff DONNA SOTO rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff JACQUELINE BARDEN rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff WILLIAM ALDENBERG rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff CARLEE SOTOPARISI rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff WILLIAM SHERLACH rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff NICOLE HOCKLEY rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff JENNIFER HENSEL rchapple@cstrial.com aprentice@cstrial.com

Ryan Eric Chapple
    on behalf of Plaintiff MARK BARDEN rchapple@cstrial.com aprentice@cstrial.com

Stephen A. Roberts
    on behalf of Defendant CAROL JONES sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen A. Roberts
    on behalf of Defendant DAVID JONES sroberts@srobertslawfirm.com 1222805420@filings.docketbird.com

Stephen Wayne Lemmon
    on behalf of Defendant PLJR HOLDINGS  LLC lemmon@slollp.com, mates@slollp.com

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 01, 2022 | Form ID: pdfintp | Total Noticed: 2 |

Stephen Wayne Lemmon              on behalf of Defendant PQPR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

Stephen Wayne Lemmon              on behalf of Defendant PLJR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

TOTAL: 33