## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Subchapter V |
| | § | |
| Debtor | § | Case No. 22-60043 (cml) |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE, | § § § § | |
| Plaintiffs | § § | |
| v. | § § | Adv. Pro. No. 22-06017-mmp |
| ALEX E. JONES, FREE SPEECH, SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC, AEJ TRUST 2018, | § § § § § § § | |
| Defendants | § § | |
| DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO PARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG, | § § § § § § § § § § | |
| Intervenors | § § | |

**CONNECTICUT INTERVENORS' REMOVAL STATEMENT PURSUANT TO BANKRUPTCY RULE 9027(e)(3)**

**REMOVAL STATEMENT PURSUANT TO BANKRUPTCY RULE 9027(E)(3)—PAGE 1**

Intervenors David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto, William Sherlach, Robert Parker, and William Aldenberg (collectively, Connecticut Intervenors), creditors and parties in interest in the above-referenced case, file their statement pursuant to Bankruptcy Rule 9027(e)(3), and respectfully state as follows:

1. Connecticut Intervenors do not consent to entry of final orders or judgment by the bankruptcy judge.

2. Connecticut Intervenors demand a jury trial.

3. This statement is filed and signed pursuant to, and with awareness of, Bankruptcy Rule 9011, as required by Bankruptcy Rule 9027(e)(3).

Respectfully submitted this 10th day of November 2022.

        */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEY FOR
CONNECTICUT INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice has been served upon all parties eligible to receive electronic notice of filings through the Court's CM/ECF system on this 10th day of November 2022, which may include the following:

Raymond W. Battaglia
rbattaglialaw@outlook.com
LAW OFFICE OF RAYMOND W. BATTAGLIA
66 Granburg Circle
San Antonio, Texas 78218

F. Andino Reynal
areynal@frlaw.com
FERTITTA & REYNAL LLP
917 Franklin St., Ste. 600
Houston, Texas 77002

Shelby Jordan
sjordan@jhwclaw.com
JORDAN & ORTIZ, P.C.
500 N. Shoreline Blvd., Ste. 900
Corpus Christi, Texas 78401

Stephen Lemmon
lemmon@slollp.com
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 S. MoPac Expwy., Suite 320
Austin, Texas 78746

Stephen A. Roberts
sroberts@srobertslawfirm.com
STEPHEN A. ROBERTS, PC
1400 Marshall Lane
Austin, Texas 78703

Avi Moshenberg
avi.moshenberg@mhllp.com
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002

Jarrod B. Martin
Jarrod.Martin@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002

        */s/ Ryan E. Chapple*
        Ryan E. Chapple