# Exhibit 3

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Subchapter V |
| | § | |
| Debtor | § | Case No. 22-60043 (cml) |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE, | § § § § | |
| Plaintiffs | § § | |
| v. | § § | Adv. Pro. No. 22-06017-mmp |
| ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC, AEJ TRUST 2018, | § § § § § § § § | |
| Defendants | § § | |
| DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO PARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG, | § § § § § § § § § § § | |
| Intervenors | § § | |

## DECLARATION OF MARK BANKSTON

1. My name is Mark Bankston. I am a partner at Kaster Lynch Farrar & Ball, LLP in Houston, Texas. I am over 18 years of age and am fully competent to testify. I have personal knowledge of the facts stated in this declaration and make this declaration pursuant to 28 U.S.C. §1746.

2. I am lead trial counsel in multiple defamation lawsuits involving Free Speech Systems pending in Travis County, Texas, styled as *Neil Heslin, et al v. Alex Jones, et al.*, D-1-GN-18-001835; *Leonard Pozner, et al. v. Alex Jones, et al.*, D-1-GN-18-001842; *Marcel Fontaine v. Free Speech Systems, LLC*, et al, D-1-GN-18-001605 (collectively the "Defamation Cases"). I am also counsel of record for Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine in this fraudulent-transfer lawsuit brought under the Texas Uniform Fraudulent Transfer Act (the "TUFTA Case"). The Defamation Cases and the TUFTA Case have all been assigned to Judge Maya Guerra Gamble.

3. In these Defamation Cases, over ten opposing attorneys have come and gone as Mr. Jones and Free Speech Systems, LLC have consistently defied court orders and refused to participate in these lawsuits in good faith, all while incurring over $1,300,000 in cumulative sanctions in nearly a dozen orders from the trial court. In an April 1, 2022 order regarding Defendants' four years of misconduct, Judge Guerra Gamble noted that "[t]he egregiousness and repetitiveness of Defendants' obstruction exhibits a disregard for and disrespect of the integrity of this Court and our judicial system." And just last week, on November 22nd, Judge Guerra Gamble took under advisement additional motions for sanctions against Mr. Jones and his counsel for their misconduct in the *Heslin/Lewis* trial. Mr. Jones and his companies were also sanctioned for frivolous pleadings by the Texas Court of Appeals in Austin. Multiple opposing counsel have cited ethical dilemmas in their withdrawal motions.

4. This past July and August 2022, the *Heslin/Lewis* case was tried before a Travis County jury. The jury returned a verdict of over $49 million against Mr. Jones and Free Speech Systems, LLC. On November 22, 2022, the court in that matter granted Plaintiffs' motion to enter a judgment that includes the jury's entire verdict. In doing so, Judge Guerra Gamble determined that the exemplary-damages cap did not apply.

5. I am also personally familiar with the proceedings in a related case filed by Sandy Hook parents filed in Connecticut, styled *Lafferty v. Jones*. I maintain a cooperative working relationship with counsel for the plaintiffs in *Lafferty*, and I have virtually attended or read the transcripts of discovery and sanctions hearings in that case. Mr. Jones has been held in contempt by the *Lafferty* court and repeatedly sanctioned.

6. Orders of the various courts in the Defamation Cases (including *Lafferty*) have found that the Defendants have refused to comply with discovery orders on every successive occasion, threatened the life of plaintiffs' counsel, repeatedly refused to cooperate with depositions, provided false discovery responses, tampered with evidence, submitted a fraudulent affidavit, made frivolous legal arguments, and have continuously introduced chaos and insolence into the proceedings.

7. In September of 2022, the *Lafferty* case was tried in Connecticut and the jury returned a verdict of nearly $1 billion. Together the with the *Heslin/Lewis* verdict, Jones and FSS owe over $1 billion to the Plaintiffs and Intervenors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 28, 2022 in Harris County, Texas.

_____
MARK D. BANKSTON