# Exhibit 6



Filed in The District Court
of Travis County, Texas
AR  APR 19 2022
At  3:30  P.M.
Velva L. Price, District Clerk

**MAYA GUERRA GAMBLE**
Judge, 459th District Court
Heman Marion Sweatt Travis County Courthouse P.O. Box 1748
Austin, Texas 78767
512-854-9384

April 19, 2022

Avi Moshenberg
1001 Fannin St, Ste 2700
Houston, TX 77002
avi.moshenberg@mhllp.com

F. Andino Reynal
PO Box 61129
Houston, TX 77208
areynal@frlaw.us

Mark Bankston
1117 Herkimer
Houston, TX 77008
mark@fbtrial.com

Joseph Magliolo Jr
917 Franklin St, Ste 600
Houston, TX 77002
jmagliolo@frlaw.us

Cordt Akers
3401 Allen Parkway, Ste 101
Houston, TX 77019
cca@akersfirm.com

      **RE: Case No. D-1-GN-22-001610**; *Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique de la Rosa, and Marcel Fontaine v Alex E Jones, Infowars LLC, Free Speech Systems LLC, PQPR Holdings Limited LLC, JLJR Holdings LLC, PLJR Holdings LLC, Carol Jones, David Jones, PQPR Holding LLC, JLJR Holdings Limited LLC, AEJ Holdings LLC, AEJ Trust 2018; in the 200th Judicial District, Travis County, Texas*

Dear Counsel:

      This case is now assigned to me pursuant to Travis County Local Rule 2.6. All matters, **including agreed motions and orders**, as well as any final proceedings, shall be heard and considered by this Court only. If you need to set a hearing, please confer with each other and then contact my Judicial Executive Assistant, Shannon Matusek-Steele, at (512) 854-9384.

Please remember that you must deliver all pleadings directly to the 459th as well as file them with the District Clerk. I will not receive them automatically. You may email them to Ms. Matusek-Steele and we will also create a Box drive folder in advance of any hearings. The Court requires hard copies of any filings larger than 15 pages be delivered to the District Judges Office, Room 327.

Counsel must attempt to agree on a briefing schedule, including hearing dates, which should be provided to the Court **within 60 days** of the date of this letter. If the parties cannot agree to the schedule, please contact the court's Judicial Executive Assistant, Shannon Matusek-Steele at (512) 854-9384. Additionally, please coordinate with Ms. Matusek-Steele for dates and times of any hearings that you may need to set.

For any setting, you must announce in compliance with Chapter 3 of the Local Rules of the District Courts of Travis County and the most recent Travis County Civil and Family Courts Emergency Order. I look forward to working with you on this case.

Very Truly Yours,

Maya Guerra Gamble
Judge, 459th District Court

MGG/sms
cc: Velva Price, District Clerk