**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **Free Speech Systems LLC** § | | **Subchapter V** |
| § | | |
| Debtor. § | | **Case No. 22-60043 (cml)** |

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

**In re:**

**NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE,**

　　　　Plaintiffs,

　　v.                                                                     **ADVERSARY NO. 22-06017**

**ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC AEJ TRUST 2019,**

　　　　Defendants.

**DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NCOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG,**

    **Intervenors.**

## ORDER APPROVING TEXAS PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND

*(Related to ECF No. \_\_\_)*

On November 28, 2022, the Texas Plaintiffs (as defined in the Motion) filed their for Abstention and Remand ("<u>Motion</u>"). The Court finds and concludes that cause exists grant the Motion. Accordingly, it is hereby:

**ORDERED** that the All objections to the motion to remand are deemed overruled; it is further

**ORDERED** that pursuant to 28 U.S.C §§ 1334(c)(1) and 1452 (b), the Court abstains from hearing the Adversary Proceeding, and the Adversary Proceeding is hereby remanded to the 200th Judicial District of Travis County from which it originated; and is further

**ORDERED** that upon entry of this Order, the Adversary Proceeding is hereby closed.

###