**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **Free Speech Systems LLC** | § | **Subchapter V** |
| | § | |
| Debtor. | § | **Case No. 22-60043 (cml)** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:

**NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE,**

     **Plaintiffs,**

**v.**

                            **ADVERSARY NO. 22-06017**

**ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC AEJ TRUST 2019,**

     **Defendants.**

**DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NCOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG,**

     **Intervenors.**

**TEXAS PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITS**

1.      Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (the "Texas Plaintiffs"), creditors and parties in interest in the above-captioned case, seek leave of Court to file to a motion to abstain from hearing the subject matter of this adversary proceeding and to remand this action that exceeds 10 pages.

2.      Plaintiffs comprise Sandy Hook Families who originally sued Alex Jones, notorious conspiracy theorist, and his media empire for spreading the absurd lie that the horrific shooting at Sandy Hook Elementary was a hoax and that these parents of slain first graders were mere crisis actors.   In the course of that litigation, the Texas Plaintiffs learned that Defendants were fraudulently transferring assets to become judgment-proof.  The Texas Plaintiffs therefore brought claims under the Texas Uniform Fraudulent Transfer Act (the "TUFTA Case.").

3.      The TUFTA Case was originally filed in Travis County state court—specifically in the 200th Judicial District Court of Travis County, Texas.  The Debtor then removed the TUFTA Case to this Court.  The Texas Plaintiffs now seek to remand this case back to state court, under the operative permissive-abstention doctrine.  The doctrine, however, involves an analysis of 14 different factors.

4.      Despite their best efforts, the Texas Plaintiffs could not confine their 14-factor analysis to the 10-page limit set by Local Rule 7007.  Under that rule, any non-dispositive motion exceeding 10 pages must be authorized by the Court.  To ensure the 14 factors are addressed thoroughly for the Court's benefit (without needlessly lengthening that analysis) the Texas Plaintiffs' motion is 15 pages.  Under Local Rule 7007, the Texas Plaintiffs therefore seek leave

to allow their motion to abstain and remand to exceed the 10-page limit. The motion to abstain and remand is attached as **Exhibit A** to this motion.

5.        Counsel for the Texas Plaintiffs has conferred with counsel for the Debtor, and the Debtor is unopposed to the Texas Plaintiffs having leave to file a 15-page motion to abstain and remand.

WHEREFORE, as this motion for leave is unopposed, and the relief sought in this motion will not unduly prejudice the parties or create any needless delay in the adjudication of this case, the Texas Plaintiffs respectfully request that the Court grant the Texas Plaintiffs leave to file a 15-page motion to abstain and remand and that the Court file the motion attached as **Exhibit A** (including its exhibits) to this motion with the clerk of Court.

Dated: November 28, 2022          Respectfully submitted,

**MCDOWELL HETHERINGTON LLP**

Avi Moshenberg
Texas Bar No. 24083532
1001 Fannin Street, Suite 2700
Houston, Texas 77002
D: 713-337-5580
F: 713-337-8850
E: Avi.Moshenberg@mhllp.com

***Counsel for the Texas Plaintiffs***

and

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, PC

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com

***Bankruptcy Counsel for the Texas Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served upon all parties eligible to receive electronic notice of filings through the Court's CM/ECF system on November 27, 2022, which may include the following:

Raymond W. Battaglia
rbattaglialaw@outlook.com
LAW OFFICE OF RAYMOND W. BATTAGLIA
66 Granburg Circle
San Antonio, Texas 78218

F. Andino Reynal
areynal@frlaw.com
FERTITTA & REYNAL LLP
917 Franklin St., Ste. 600
Houston, Texas 77002

Shelby Jordan
sjordan@jhwclaw.com
JORDAN & ORTIZ, P.C.
500 N. Shoreline Blvd., Ste. 900
Corpus Christi, Texas 78401

Stephen Lemmon
lemmon@slollp.com
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 S. MoPac Expwy., Suite 320
Austin, Texas 78746

Stephen A. Roberts
sroberts@srobertslawfirm.com
STEPHEN A. ROBERTS, PC
1400 Marshall Lane
Austin, Texas 78703

Ryan E. Chapple
rchapple@cstrial.com
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701

/s/ Jarrod B. Martin
Jarrod B. Martin