**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Free Speech Systems LLC | § | Subchapter V |
| | § | |
| Debtor. | § | Case No. 22-60043 (cml) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In re:

NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE,

    Plaintiffs,

   v.                                      ADVERSARY NO. 22-06017

ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC AEJ TRUST 2019,

    Defendants.

**DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NCOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG,**

    Intervenors.

### ORDER APPROVING TEXAS PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

*(Related to ECF No. \_\_\_)*

On November 28, 2022, the Texas Plaintiffs (as defined in the Motion for Leave) filed their *Unopposed Motion for Leave to Exceed Page Limits* ("Motion for Leave"). The Court finds and concludes that cause exists grant the Motion for Leave. Accordingly, it is hereby:

**ORDERED** that the Texas Plaintiffs Motion for Abstention and Remand may exceed the 10 page limit promulgated under Local Rule 7007.

###