## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Subchapter V |
| | § | |
| Debtor | § | Case No. 22-60043 (cml) |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| NEIL HESLIN, SCARLETT LEWIS, | § | |
| LEONARD POZNER, VERONIQUE DE | § | |
| LA ROSA, MARCEL FONTAINE, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | Adv. Pro. No. 22-06017-mmp |
| | § | |
| ALEX E. JONES, FREE SPEECH | § | |
| SYSTEMS, LLC, PQPR HOLDINGS | § | |
| LIMITED, LLC, PLJR HOLDINGS, LLC, | § | |
| PLJR HOLDINGS LIMITED, LLC, | § | |
| CAROL JONES, DAVID JONES, | § | |
| AEJ HOLDINGS, LLC, AEJ TRUST 2018, | § | |
| | § | |
| Defendants | § | |
| | § | |
| DAVID WHEELER, FRANCINE | § | |
| WHEELER, JACQUELINE BARDEN, | § | |
| MARK BARDEN, NICOLE HOCKLEY, | § | |
| IAN HOCKLEY, JENNIFER HENSEL, | § | |
| DONNA SOTO, CARLEE SOTO PARISI, | § | |
| CARLOS M. SOTO, JILLIAN SOTO, | § | |
| WILLIAM SHERLACH, ROBERT PARKER, | § | |
| WILLIAM ALDENBERG, | § | |
| | § | |
| Intervenors | § | |

## CONNECTICUT INTERVENORS' JOINDER TO
## TEXAS PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND
### [Related to ECF Nos. 1, 7]

David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, and Robert Parker (collectively, the Connecticut Intervenors) hereby file this joinder (Joinder) to the *Texas Plaintiffs' Motion for Abstention and Remand* (the Motion to Remand) [Dkt. 7], filed in response to the *Notice of Removal* [Dkt. 1] (Notice of Removal).  In support of this Joinder, the Connecticut Intervenors state as follows:

1.  The Connecticut Intervenors join in, and hereby incorporate by reference, the legal arguments made by the Texas Plaintiffs[1] in the Motion to Remand.

2.  Free Speech Systems, LLC filed its Notice of Removal on October 27, 2022.

3.  The Texas Plaintiffs filed the Motion to Remand on November 28, 2022.

4.  The Connecticut Intervenors respectfully request that the Court grant the Motion to Remand, removing this case from the docket of the United States Bankruptcy Court, Western District of Texas, Waco Division, striking all deadlines with respect to same, and remanding it to the 200th Judicial District Court of Travis County, Texas, and grant such other and further relief as it may deem just and proper.

---

[1] The Texas Plaintiffs are Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine.

Respectfully submitted this 28th day of November 2022.

                                 */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEY FOR**
**CONNECTICUT INTERVENORS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice has been served upon all parties eligible to receive electronic notice of filings through the Court's CM/ECF system on this 28th day of November 2022, which may include the following:

Raymond W. Battaglia
rbattaglialaw@outlook.com
LAW OFFICE OF RAYMOND W. BATTAGLIA
66 Granburg Circle
San Antonio, Texas 78218

F. Andino Reynal
areynal@frlaw.com
FERTITTA & REYNAL LLP
917 Franklin St., Ste. 600
Houston, Texas 77002

Shelby Jordan
sjordan@jhwclaw.com
JORDAN & ORTIZ, P.C.
500 N. Shoreline Blvd., Ste. 900
Corpus Christi, Texas 78401

Stephen Lemmon
lemmon@slollp.com
STREUSAND, LANDON, OZBURN & LEMMON, LLP
1801 S. MoPac Expwy., Suite 320
Austin, Texas 78746

Stephen A. Roberts
sroberts@srobertslawfirm.com
STEPHEN A. ROBERTS, PC
1400 Marshall Lane
Austin, Texas 78703

Avi Moshenberg
avi.moshenberg@mhllp.com
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, Texas 77002

Jarrod B. Martin
Jarrod.Martin@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002

_____/s/ Ryan E. Chapple_____
Ryan E. Chapple