IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FREE SPEECH SYSTEMS, LLC, | § | Subchapter V |
| | § | |
| Debtor | § | Case No. 22-60043 (cml) |

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE, | § § § § | |
| Plaintiffs | § § | |
| v. | § § | Adv. Pro. No. 22-06017-mmp |
| ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC, AEJ TRUST 2018, | § § § § § § § | |
| Defendants | § | |

**ORDER ON JOINDER TO MOTION FOR ABSTENTION AND REMAND—PAGE 1**

| | |
|---|---|
| DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO PARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG, | § § § § § § § § § § § § |
| Intervenors | § |

### ORDER APPROVING CONNECTICUT INTERVENORS' JOINDER TO TEXAS PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND
[Related to ECF No. 9]

On November 28, 2022, the Connecticut Intervenors (as defined in the Joinder) filed their Joinder to Texas Plaintiffs' Motion for Abstention and Remand (Joinder). The Court finds and concludes that cause exists to grant the Joinder. Accordingly, it is hereby:

**ORDERED** that all objections to the Joinder are deemed overruled; it is further

**ORDERED** that pursuant to 28 U.S.C §§ 1334(c)(1) and 1452(b), the Court abstains from hearing the Adversary Proceeding, and the Adversary Proceeding is hereby remanded to the Travis County District Court from which it originated; and is further

**ORDERED** that upon entry of this Order, the Adversary Proceeding is hereby closed.

# # #

Proposed Order submitted by:

Ryan E. Chapple
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
rchapple@cstrial.com
512-477-5000
512-477-5011-facsimile
ATTORNEY FOR CONNECTICUT INTERVENORS