**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 29, 2022.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Free Speech Systems LLC** | § | Subchapter V |
| | § | |
| Debtor. | § | Case No. 22-60043 (cml) |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In re:

NEIL HESLIN, SCARLETT LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE,

    Plaintiffs,

  v.

ALEX E. JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC AEJ TRUST 2019,

    Defendants.

ADVERSARY NO. 22-06017

**DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NCOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG,**

Intervenors.

### ORDER APPROVING TEXAS PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

*(Related to ECF No. ___)*

On November 28, 2022, the Texas Plaintiffs (as defined in the Motion for Leave) filed their *Unopposed Motion for Leave to Exceed Page Limits* ("Motion for Leave"). The Court finds and concludes that cause exists grant the Motion for Leave. Accordingly, it is hereby:

**ORDERED** that the Texas Plaintiffs Motion for Abstention and Remand may exceed the 10 page limit promulgated under Local Rule 7007.

###