**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 01, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| NEIL HESLIN, *ET AL.*, | § | |
| | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | ADVERSARY NO. 22-06017-MMP |
| | § | |
| ALEX E. JONES, *ET AL.*, | § | |
| | § | |
| DEFENDANTS. | § | |

ORDER TRANSFERRING VENUE

The Court heard its *Order to Appear and Show Cause* (ECF No. 3), issued on November 3, 2022, and determined that in the interest of justice and for the convenience of the parties pursuant to 28 U.S.C. § 1412, the Court will transfer this adversary proceeding to the "home" bankruptcy court, which serves as the jurisdictional basis for Defendant Free Speech Systems, LLC's removal (*In re Free Speech Systems LLC*, Case No. 22-60043, pending in the U.S.

Bankruptcy Court for the Southern District of Texas (Houston Division) before the Honorable Christopher M. Lopez). It is, therefore,

ORDERED that this adversary proceeding (Adv. No. 22-06017-mmp) is hereby TRANSFERRED to the United States Bankruptcy Court for the Southern District of Texas (Houston Division). It is further

ORDERED that this adversary proceeding is related to Bankruptcy Case No. 22-60043, currently pending before the Honorable Christopher M. Lopez, United States Bankruptcy Judge.

# # #