**TRANS–O**

# U.S. Bankruptcy Court
## Western District of Texas (Waco)
## Adversary Proceeding #: 22–06017–mmp

*Assigned to:* Bankruptcy Judge Michael M Parker      *Date Filed:* 10/27/22
*Lead BK Case:* 88–68888
*Lead BK Title:* CASE IN ANOTHER DISTRICT
*Lead BK Chapter:* 9
<u>Show Associated Cases</u>

*Demand:*
  *Nature[s] of Suit:*  01  Determination of removed claim or
                     cause

*Plaintiff*
————————————————
**Neil Heslin,** *Plaintiff*                  represented **Jarrod B. Martin**
                                           by Chamberlain, Hrdlicka, White, Williams & Aughtry P.C.
                                           1200 Smith Street
                                           Suite 1400
                                           Houston, TX 77002
                                         713–356–1280
                                         Email: jarrod.martin@chamberlainlaw.com

                                         **Avi Moshenberg**
                                         McDowell Hetherington LLP
                                         1001 Fannin Street
                                         Ste 2400
                                         Houston, TX 77002
                                         713–337–5580
                                         Email: avi.moshenberg@mhllp.com

*Plaintiff*
————————————————
**Scarlett Lewis,** *Plaintiff*                  represented **Jarrod B. Martin**
                                           by (See above for address)

                                         **Avi Moshenberg**
                                         (See above for address)

*Plaintiff*
————————————————
**Leonard Pozner,** *Plaintiff*                  represented **Jarrod B. Martin**
                                           by (See above for address)

                                         **Avi Moshenberg**
                                         (See above for address)

*Plaintiff*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Veronique De La Rosa,** *Plaintiff*

represented **Jarrod B. Martin**
by (See above for address)

**Avi Moshenberg**
(See above for address)

*Plaintiff*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Marcel Fontaine,** *Plaintiff*

represented **Jarrod B. Martin**
by (See above for address)

**Avi Moshenberg**
(See above for address)

*Plaintiff*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**DAVID WHEELER,** *Intervenor*

represented **Ryan Eric Chapple**
by Cain & Skarnulis PLLC
303 Colorado Street
Suite 2850
Austin, TX 78701
512–477–5000
Fax : 512–477–5011
Email: rchapple@cstrial.com

*Plaintiff*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Francine Wheeler,** *Intervenor*
Cain & Skarnulis PLLC
Ryan E. Chapple
303 Colorado Street,
Suite 2850
Austin, TX 78701

represented **Ryan Eric Chapple**
by (See above for address)

*Plaintiff*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**JACQUELINE BARDEN,**
*Intervenor*

represented **Ryan Eric Chapple**
by (See above for address)

*Plaintiff*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**MARK BARDEN,** *Intervenor*

represented **Ryan Eric Chapple**
by (See above for address)

*Plaintiff*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**NICOLE HOCKLEY,** *Intervenor*

represented **Ryan Eric Chapple**
by (See above for address)

*Plaintiff*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**IAN HOCKLEY,** *Intervenor*

represented **Ryan Eric Chapple**
by (See above for address)

*Plaintiff*
_____
**JENNIFER HENSEL,** *Intervenor*          represented **Ryan Eric Chapple**
                                                                   by (See above for address)


*Plaintiff*
_____
**DONNA SOTO,** *Intervenor*          represented **Ryan Eric Chapple**
                                                              by (See above for address)


*Plaintiff*
_____
**CARLEE SOTOPARISI,**          represented **Ryan Eric Chapple**
*Intervenor*                                             by (See above for address)


*Plaintiff*
_____
**CARLOS M. SOTO,** *Intervenor*          represented **Ryan Eric Chapple**
                                                                     by (See above for address)


*Plaintiff*
_____
**JILLIAN SOTO,** *Intervenor*          represented **Ryan Eric Chapple**
                                                            by (See above for address)


*Plaintiff*
_____
**WILLIAM SHERLACH,**          represented **Ryan Eric Chapple**
*Intervenor*                                             by (See above for address)


*Plaintiff*
_____
**ROBERT PARKER,** *Inervenor*          represented **Ryan Eric Chapple**
                                                                 by (See above for address)


*Plaintiff*
_____
**WILLIAM ALDENBERG,**          represented **Ryan Eric Chapple**
*Intervenor*                                             by (See above for address)


V.

*Defendant*
_____
**Alex E. Jones,** *Defendant*          represented **Federico Andino Reynal**
                                                              by The Reynal Law Firm, P.C.
                                                                  917 Franklin
                                                                  Sixth Floor
                                                                  Texas
                                                                  Houston, TX 77002

713–228–5900
Email: areynal@frlaw.com

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**Free Speech Systems, LLC,**      represented   **Raymond W. Battaglia**
***Defendant***                              by   Law Offices of Ray Battaglia, PLLC
                                                  66 Granburg Circle
                                                  San Antonio, TX 78218
                                                  210.601.9405
                                                  Email: rbattaglialaw@outlook.com

                                                  **Federico Andino Reynal**
                                                  (See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**PQPR HOLDINGS LIMITED,**      represented   **Stephen Wayne Lemmon**
**LLC,** ***Defendant***                     by   Streusand Landon Ozburn Lemmon LLP
                                                  1801 S. Mopac Expressway
                                                  Suite 320
                                                  Austin, TX 78746
                                                  512–220–2688
                                                  Fax : 512–236–9904
                                                  Email: lemmon@slollp.com

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**PLJR HOLDINGS, LLC,**      represented   **Stephen Wayne Lemmon**
***Defendant***                     by   (See above for address)
Austin, TX

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**PLJR HOLDINGS LIMITED,**      represented   **Stephen Wayne Lemmon**
**LLC,** ***Defendant***                     by   (See above for address)
Austin, TX

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**CAROL JONES,** ***Defendant***      represented   **Stephen A. Roberts**
Austin, TX                                   by   Stephen A Roberts, P.C.
                                                  1400 Marshall Ln
                                                  Austin, TX 78703
                                                  512–431–7337
                                                  Email: sroberts@srobertslawfirm.com

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**DAVID JONES,** ***Defendant***      represented   **Stephen A. Roberts**
                                             by   (See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**AEJ HOLDINGS, LLC,**
*Defendant*
Austin, TX

represented **Federico Andino Reynal**
by (See above for address)

*Defendant*
———————————————
**AEJ TRUST 2018,** *Defendant*
Austin, TX

represented **Federico Andino Reynal**
by (See above for address)

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 10/27/2022 | | 1 | Adversary case 22−06017. Notice of Removal − Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, Marcel Fontaine, DAVID WHEELER, Francine Wheeler, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG against Alex E. Jones, Free Speech Systems, LLC, PQPR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC, CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC, AEJ TRUST 2018 ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause))). (Attachments: # 1 Appendix D−1−GN−22−001610 Docket Sheet and Pleadings) (Battaglia, Raymond) |
| 10/27/2022 | | | ICC−Fee Terminated for Notice of Removal( 22−06017−jqi) [cmp,ntcrmvl] ( 350.00), Amount $ 350.00, Receipt A23285440 (re:Doc# 1) (U.S. Treasury) |
| 10/31/2022 | | 2 | Notice of Appearance and Request for Service of Notice filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) |
| 11/01/2022 | | 3 | Order to Raymond W. Battaglia, Attorney for Defendant and Free Speech Systems, LLC., Defendant to Appear and Show Cause as to why Venue should not be transferred to another district. **Show Cause Hearing Set For 11/29/2022 at 1:30 PM at Waco Bankruptcy Courtroom 1.** (Order entered on 11/1/2022) (Castleberry, Deanna) |
| 11/03/2022 | | 4 | BNC Certificate of Mailing (Related Document(s): 3 Order to Raymond W. Battaglia, Attorney for Defendant and Free Speech Systems, LLC., Defendant to Appear and Show Cause as to why Venue should not be transferred to another district. **Show Cause Hearing Set For 11/29/2022 at 1:30 PM at Waco Bankruptcy Courtroom 1.** (Order entered on 11/1/2022)) Notice Date 11/03/2022. (Admin.) |
| 11/10/2022 | | 5 | Statement Regarding Consent filed by Ryan Eric Chapple for Plaintiffs WILLIAM ALDENBERG, JACQUELINE BARDEN, MARK BARDEN, JENNIFER HENSEL, IAN HOCKLEY, NICOLE HOCKLEY, ROBERT PARKER, WILLIAM SHERLACH, CARLOS M. SOTO, DONNA SOTO, JILLIAN SOTO, CARLEE SOTOPARISI, DAVID WHEELER, Francine Wheeler (Chapple, Ryan) |
| 11/10/2022 | | 6 | Statement Regarding Consent filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Martin, Jarrod) |
| 11/28/2022 | | 7 | |

| | | | |
|---|---|---|---|
| | | | Motion for Abstention and Remand filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Proposed Order)(Martin, Jarrod) |
| 11/28/2022 | | 8 | Motion (Unopposed) for Leave to Exceed Page Limits Filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Martin, Jarrod) (related document(s): 7 Motion for Abstention and Remand filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Proposed Order)) |
| 11/28/2022 | | 9 | Joinder to Texas Plaintiffs' Motion for Abstention and Remand filed by Ryan Eric Chapple for Plaintiffs WILLIAM ALDENBERG, JACQUELINE BARDEN, MARK BARDEN, JENNIFER HENSEL, IAN HOCKLEY, NICOLE HOCKLEY, ROBERT PARKER, WILLIAM SHERLACH, CARLOS M. SOTO, DONNA SOTO, JILLIAN SOTO, CARLEE SOTOPARISI, DAVID WHEELER, Francine Wheeler (Attachments: # 1 Proposed Order) (Chapple, Ryan) (related document(s): 7 Motion for Abstention and Remand filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Proposed Order)) |
| 11/29/2022 | | 10 | Order Regarding (related document(s): 8 Motion (Unopposed) for Leave to Exceed Page Limits Filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Martin, Jarrod) (related document(s): 7 Motion for Abstention and Remand filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Proposed Order)) (Order entered on 11/29/2022) (McGee, Maxine) |
| 11/29/2022 | | 11 | Joint Stipulation Abating Motion to Remand filed by Jarrod B. Martin for Defendants AEJ HOLDINGS, LLC, AEJ TRUST 2018, Free Speech Systems, LLC, CAROL JONES, DAVID JONES, Alex E. Jones, PLJR HOLDINGS LIMITED, LLC, PLJR HOLDINGS, LLC, PQPR HOLDINGS LIMITED, LLC, Plaintiffs WILLIAM ALDENBERG, JACQUELINE BARDEN, MARK BARDEN, Veronique De La Rosa, Marcel Fontaine, JENNIFER HENSEL, IAN HOCKLEY, NICOLE HOCKLEY, Neil Heslin, Scarlett Lewis, ROBERT PARKER, Leonard Pozner, WILLIAM SHERLACH, CARLOS M. SOTO, DONNA SOTO, JILLIAN SOTO, CARLEE SOTOPARISI, DAVID WHEELER, Francine Wheeler (Martin, Jarrod) (related document(s): 7 Motion for Abstention and Remand filed by Jarrod B. Martin for Plaintiffs Veronique De La Rosa, Marcel Fontaine, Neil Heslin, Scarlett Lewis, Leonard Pozner (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Proposed Order)) |
| 11/29/2022 | | | Hearing Held: CASE TRANSFERRED TO JUDGE LOPEZ –– ORDER TO COME FROM COURT. . (related document(s): 3 Order to Raymond W. Battaglia, Attorney for Defendant and Free Speech Systems, LLC., Defendant to Appear and Show Cause as to why Venue should not be transferred to another district. **Show Cause Hearing Set For 11/29/2022** |

| | | | |
|---|---|---|---|
| | | | **at 1:30 PM at Waco Bankruptcy Courtroom 1.** (Order entered on 11/1/2022)) (Hardage, Bridget) |
| 12/01/2022 | | [12](#) | Order Granting Motion to Transfer Case Out of District–**Transferring Case to Southern District of Texas (Houston Division)** (Order entered on 12/1/2022) (McGee, Maxine) |