United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 19, 2022

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Free Speech Systems LLC** | § | **Subchapter V** |
| | § | |
| **Debtor.** | § | **Case No. 22-60043 (cml)** |

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**In re:**

**NEIL HESLIN, SCARLETT LEWIS,
LEONARD POZNER, VERONIQUE DE LA
ROSA, MARCEL FONTAINE,**

     **Plaintiffs,**

**v.**                              **ADVERSARY NO. 22-06017**

**ALEX E. JONES, FREE SPEECH
SYSTEMS, LLC, PQPR HOLDINGS
LIMITED, LLC, PLJR HOLDINGS, LLC,
PLJR HOLDINGS LIMITED, LLC, CAROL
JONES, DAVID JONES, AEJ HOLDINGS,
LLC AEJ TRUST 2019,**

     **Defendants.**

---

**JOINT-STIPULATION AND AGREED ORDER ABATING MOTION TO REMAND**         **PAGE | 1**

**DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NCOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG,**

**Intervenors.**

### JOINT-STIPULATION AND AGREED ORDER ABATING MOTION TO REMAND

Plaintiffs Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Marcel Fontaine (the "Texas Plaintiffs"), Intervenors David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto, William Sherlach, Robert Parker, and William Aldenberg (the "Intervenors"), Defendant Free Speech Systems, LLC, ("Defendant" and collectively with the Plaintiffs and the Intervenors, the "Parties"), present this *Joint-Stipulation and Agreed Order Abating Motion to Remand* (the "Stand-Still Agreement") as follows.

**WHEREAS**, on April 6, 2022, the Texas Plaintiffs sued Alex Jones and the other Defendants under the Texas Uniform Fraudulent Transfer Act in state court (the "TUFTA Case"). The Intervenors later intervened in the TUFTA Case in June of 2022.

**WHEREAS**, on July 29, 2022, Free Speech Systems, LLC ("FSS") petitioned for relief under chapter 11, subchapter V within the United States Bankruptcy Court for the Southern District of Texas.

**WHEREAS**, on October 27, 2022, Defendant removed the TUFTA Case from state court to this Court, with the alleged jurisdictional basis for the removal being the Court's "related-to" jurisdiction.

**WHEREAS**, on November 28, 2022, the Texas Plaintiffs filed their *Motion for Abstention and Remand* (the "Remand Motion").  Subsequently, the Intervenors filed their joinder to the Remand Motion.

**WHEREAS**, in order to conserve the resources of the Parties and of the Court, and to ensure that the question of the Remand Motion is decided at the appropriate time, the Parties hereby agree to as follows.

**NOW, THEREFORE**, it is hereby **AGREED THAT**:

1.      The time to file any papers in response to the Remand Motion is hereby adjourned until fifteen (15) days after the earlier of:

  a. Confirmation of FSS's plan of reorganization;
  b. Conversion of FSS's bankruptcy case to a liquidating proceeding under chapter 7;
  c. Dismissal of FSS's bankruptcy case;
  d. A stipulation terminating the Stand-Still Agreement signed by the Parties; or
  e. An order of the Bankruptcy Court terminating the Stand-Still Agreement for good cause shown.

2.      This Stand-Still Agreement is subject to Bankruptcy Court approval.  In the event the Bankruptcy Court denies approval of this Stand-Still Agreement, this Stand-Still Agreement shall be deemed null and void.

3.      Nothing in this Stand-Still Agreement, or in the circumstances that gave rise to this Stand-Still Agreement, shall be construed as an acknowledgement by any Party to this Stipulation that any claim, pleading, responsive pleading, or otherwise, has or has not been barred, or is about to be barred by a statute of limitations, laches, or other defense based on the lapse of time.

4.      This Stand-Still Agreement shall not operate as an admission of liability or acknowledgement of any defense by any Party.  Neither this Stand-Still Agreement nor any action taken pursuant to this Stand-Still Agreement shall be offered or received in evidence in any action or proceeding as an admission of liability or acknowledgment of any defense by any Party to this Stand-Still Agreement.

5.      This Stand-Still Agreement comprises the entire agreement of the Parties with respect to the subject matter of this Stand-Still Agreement.  This Stand-Still Agreement

may be modified, amended, or supplemented only by a written instrument signed by each of the Parties to this Stand-Still Agreement.

6.       Each Party to this Stipulation represents, warrants, and states that all legal action necessary for the effectuation and execution of this Stipulation has been validly taken and that the individuals whose signatures appear below on behalf of each Party are duly authorized to execute this Stipulation on behalf of their respective Parties.

7.       The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stand-Still Agreement, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stand-Still Agreement.

Signed:  December 19, 2022

Christopher Lopez
United States Bankruptcy Judge

**Agreed as to form and substance**

Dated: November 28, 2022

/s/ *Raymond W. Battaglia*
Raymond W. Battaglia (TX State Bar # 01918055)
**Law Offices of Raymond W. Battaglia**
66 Granburg Circle
San Antonio, Texas 78218
Telephone: 210-601-9405
Email: rbattaglialaw@outlook.com
*Counsel for Free Speech Systems, LLC*

/s/ *Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
Tyler W. Greenwood
Texas Bar No. 24123219
**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com
    tyler.greenwood@chamberlainlaw.com

*Counsel for Neil Heslin, Scarlett Lewis, Leonard Pozner,*
*Veronique De La Rosa, and Marcel Fontaine*

/s/ *Ryan E. Chapple*
Ryan E. Chapple (TX State Bar # 24036354)
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: 512-477-5000
Facsimile: 512-477-5011
Email: rchapple@cstrial.com

*Counsel for David Wheeler, Francine Wheeler,*
*Jacqueline Barden, Mark Barden, Nicole Hockley,*
*Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi,*
*Carlos M. Soto, Jillian Soto-Marino, William Aldenberg,*
*William Sherlach, and Robert Parker*

United States Bankruptcy Court
Southern District of Texas

Heslin,
 Plaintiff                   Adv. Proc. No. 22-03331-cml

Jones,
 Defendant

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: pdf002 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Raymond W. Battaglia, Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| aty | + | Ryan Eric Chapple, Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| aty | + | Stephen A. Roberts, Stephen A Roberts, P.C., 1400 Marshall Ln, Austin, TX 78703-3407 |
| pla | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street,, Suite 2850 Austin, TX 78701-4653 |
| pla | + | Leonard Pozner, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| pla | + | Marcel Fontaine, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin, Suite 2700 Houston, TX, 77002-6774 |
| pla | + | Neil Heslin, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| pla | + | Scarlett Lewis, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |
| pla | + | Veronique De La Rosa, c/o McDowell Hetherington LLP, Attention: Avi Moshenberg, 1001 Fannin Street, Suite 2700 Houston, TX 77002-6774 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | AEJ HOLDINGS, LLC, Austin, TX |
| dft | | AEJ TRUST 2018, Austin, TX |
| dft | | Alex E. Jones |
| pla | | CARLEE SOTOPARISI |
| pla | | CARLOS M. SOTO |
| dft | | CAROL JONES, Austin, TX |
| dft | | DAVID JONES |
| pla | | DAVID WHEELER |
| pla | | DONNA SOTO |
| dft | | Free Speech Systems, LLC |
| pla | | IAN HOCKLEY |
| pla | | JACQUELINE BARDEN |
| pla | | JENNIFER HENSEL |
| pla | | JILLIAN SOTO |
| pla | | MARK BARDEN |
| pla | | NICOLE HOCKLEY |
| dft | | PLJR HOLDINGS LIMITED, LLC, Austin, TX |
| dft | | PLJR HOLDINGS, LLC, Austin, TX |
| dft | | PQPR HOLDINGS LIMITED, LLC |
| pla | | ROBERT PARKER |
| pla | | WILLIAM ALDENBERG |
| pla | | WILLIAM SHERLACH |

TOTAL: 22 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0541-4          User: ADIuser          Page 2 of 3

Date Rcvd: Dec 20, 2022        Form ID: pdf002          Total Noticed: 9

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Moshenberg | on behalf of Plaintiff Leonard Pozner avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Veronique De La Rosa avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Scarlett Lewis avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Neil Heslin avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Avi Moshenberg | on behalf of Plaintiff Marcel Fontaine avi.moshenberg@mhllp.com  patricia.flores@mhllp.com |
| Federico Andino Reynal | on behalf of Defendant AEJ TRUST 2018 areynal@frlaw.us |
| Federico Andino Reynal | on behalf of Defendant Free Speech Systems  LLC areynal@frlaw.us |
| Federico Andino Reynal | on behalf of Defendant Alex E. Jones areynal@frlaw.us |
| Federico Andino Reynal | on behalf of Defendant AEJ HOLDINGS  LLC areynal@frlaw.us |
| Jarrod B. Martin | on behalf of Plaintiff Neil Heslin jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Marcel Fontaine jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Veronique De La Rosa jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Leonard Pozner jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Scarlett Lewis jarrod.martin@chamberlainlaw.com Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;ginger.davis@chamberlainlaw.com |
| Stephen Wayne Lemmon | on behalf of Defendant PLJR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com |
| Stephen Wayne Lemmon | on behalf of Defendant PLJR HOLDINGS  LLC lemmon@slollp.com, mates@slollp.com |
| Stephen Wayne Lemmon | |

District/off: 0541-4

Date Rcvd: Dec 20, 2022

User: ADIuser

Form ID: pdf002

Page 3 of 3

Total Noticed: 9

on behalf of Defendant PQPR HOLDINGS LIMITED  LLC lemmon@slollp.com, mates@slollp.com

TOTAL: 17