IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § | Chapter 11<br><br>Bankruptcy Case No. 22-60043 |
| FREE SPEECH SYSTEMS, LLC, | | |
| Debtor. | | |
| | | |
| NEIL HESLIN, SCARLETT, LEWIS, LEONARD POZNER, VERONIQUE DE LA ROSA, MARCEL FONTAINE | § § § § § § | |
| Plaintiffs, | § § | Adversary No. 22-03331 |
| v. | § § | |
| ALEX E JONES, FREE SPEECH SYSTEMS, LLC, PQPR HOLDINGS LIMITED, LLC, JLJR HOLDINGS, LLC, PLJR HOLDINGS, LLC, PLJR HOLDINGS LIMITED, LLC CAROL JONES, DAVID JONES, AEJ HOLDINGS, LLC, AEJ TRUST 2018, | § § § § § § § § § § | |
| Defendants. | § § § | |
| DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTOPARISI, CARLOS M. SOTO, JILLIAN SOTO, WILLIAM SHERLACH, ROBERT PARKER, WILLIAM ALDENBERG, | § § § § § § § § § § § | |
| Intervenors | § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

1

The undersigned respectfully appears for Free Speech Systems, LLC.

Respectfully submitted:

O'CONNORWECHSLER PLLC
By: */s/ Annie Catmull*
    Annie Catmull
    State Bar No. 00794932
    aecatmull@o-w-law.com
    Kathleen A. O'Connor
    State Bar No. 00793468
    kaoconnor@o-w-law.com
    4400 Post Oak Parkway, Suite 2360
    Houston, Texas 77027
    T: (281) 814-5977

ATTORNEYS FOR FREE SPEECH SYSTEMS, LLC

**Certificate of Service**

I certify that On March 13, 2024, the attached notice of appearance was served via the Court's ECF notification system to all registered parties who have made an appearance in this case.

By: */s/ Annie Catmull*
    Annie Catmull